IN RE RESIGNATION OF WALKER.

[Cite as In re Resignation of Walker (1988), 40 Ohio St. 3d 604.]

(No. D.R. 88-8—Submitted November 15, 1988—Decided December 14, 1988.)

The resignation of Thomas B. Walker as an attorney is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.